In the matter of the claim of George BURTON for compensation under the Workmen's Compensation Law, claimant, respt., v. JAMES A. WHELAN & SONS, Inc., and another,

applts. (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Motion denied.